1  TONY WEST
   United States Department of Justice
2  Assistant Attorney General
   ELIZABETH J. STEVENS
3  Assistant Director, District Court Section
   Office of Immigration Litigation
4  SHEREASE PRATT
   New York State Bar No. 2620912
5  Trial Attorney, District Court Section
   Office of Immigration Litigation
6  U.S. Department of Justice

7      P.O. Box 868, Ben Franklin Station
       Washington, DC 20044
8      Tel: (202) 616-0063
       Facsimile: (202) 616-8962
9      E-mail: sherease.pratt@usdoj.gov

10 Attorneys for Respondents

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13                    OAKLAND DIVISION

14

15 ZIAULHAQ FAEROZ,                    )  Case No. 3:11-cv-00907-CRB
                                       )
16            Petitioner,              )  **STIPULATION TO EXTEND TIME**
                                       )  **TO RESPOND TO COMPLAINT**
17        v.                           )
                                       )
18 ERIC H. HOLDER, JR., Attorney       )
   General; and                        )
19                                     )
   CHARLES DE MOORE, Acting District   )
20 Director, San Francisco Office, U.S. )
   Bureau of Citizenship and Immigration )
21 Services,                           )
                                       )
22            Respondents.             )
                                       )
23

24     TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:

25     The parties hereby stipulate and agree as follows:

26     1.     On April 25, 2011, Petitioner Ziaulhaq Faeroz filed the instant action, seeking

27 to compel the Respondents to schedule Petitioner for an interview and adjudicate one of

28 Petitioner's two adjustment of status applications.

UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 616-0063

1      2.      The parties agree to extend the time for Respondents to answer, plead or

2 otherwise respond to the Complaint to May 25, 2011.

3

4   DATED: April 19, 2011             DATED: April 19, 2011.

5   /s/ Frank Patrick Sprouls         TONY WEST
  FRANK PATRICK SPROULS, Esq.    Assistant Attorney General, Civil Division

6   Law Office of Ricci & Sprouls       United States Department of Justice
  445 Washington Street

7   San Francisco, CA 94111          ELIZABETH J. STEVENS
  Telephone: (415) 391-2100        Assistant Director, District Court Section

8   Facsimile: (415) 391-4678         Civil Division, Office of Immigration Litigation
  Email: franksprouls@yahoo.com

9                                 /s/ Sherease Pratt
  Attorney for Petitioner           SHEREASE PRATT[1]

10                              Trial Attorney, District Court Section
                             Civil Division, Office of Immigration Litigation

11                              United States Department of Justice

12                              P.O. Box 868, Ben Franklin Station
                             Washington, D.C.  20044

13                              Phone: (202) 616-0063
                             Facsimile: (202) 616-8962

14                              Email: Sherease.Pratt@usdoj.gov

15                              Attorneys for Respondents

16

17                            **ORDER**

18      Based upon the stipulation of the parties, IT IS HEREBY ORDERED that the time for

19 Respondents to respond to the Complaint be extended to May 25, 2011.

20

21     SO ORDERED.

Date:  April _28_, 2011.

22                        _____

23                        CHARLES R. BREYER
                       United States District Judge

24

25

26     [1]  I, Sherease Pratt, hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed"

27 signature (/S/) within this e-filed document.

28

UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 616-0063

1

## CERTIFICATE OF SERVICE

2

Case No. 3:11-cv-00907-CRB

3

     I hereby certify that on April 19, 2011, a copy of the foregoing ***STIPULATION TO***

4

***EXTEND TIME TO RESPOND TO COMPLAINT*** was filed electronically via the

5

district court ECF system which will send notification of such filing to the following ECF

6

filer:

7

8

FRANK PATRICK SPROULS, Esq.

9

Law Office of Ricci & Sprouls

10

445 Washington Street
San Francisco, CA 94111

11

Telephone: (415) 391-2100
Facsimile: (415) 391-4678

12

Email: franksprouls@yahoo.com

13

Attorney for Petitioner

14

                       /s/ Sherease Pratt

15

                       SHEREASE PRATT

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 616-0063

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO. 3:11-cv-00907-CRB                   3