TONY WEST
United States Department of Justice
Assistant Attorney General, Civil Division
ELIZABETH J. STEVENS
Assistant Director, District Court Section
Office of Immigration Litigation
SHEREASE PRATT, NYSBN 2620912
Trial Attorney, District Court Section
Office of Immigration Litigation
United States Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20530
Telephone: (202) 616-0063
Facsimile: (202) 616-8962
sherease.pratt@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZIAULHAQ FAEROZ, <br><br> Petitioner, <br><br> v. <br><br> ERIC H. HOLDER, JR., Attorney General, and <br><br> CHARLES DE MOORE, Acting District Director, San Francisco Office, U.S. Citizenship and Immigration Services, <br><br> Respondents. | No. 3:11-cv-00907-CRB <br><br> **PARTIES' STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii); AND [~~PROPOSED~~] ORDER** |

In accordance with the provisions of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Petitioner, by and through his attorney of record, John Ricci, and Respondents, by and through their attorney of record, Sherease Pratt, hereby stipulate to dismissal of the above-entitled action with prejudice, in light of the fact that the United States Citizenship and Immigration Services ("USCIS") has agreed to exercise its discretionary authority and schedule the Petitioner for a second interview on his application(s) for adjustment of status within thirty (30) days of the Court's entry of dismissal. Plaintiff will not seek attorney's fees or costs under the Equal Access to Justice Act, 28 U.S.C.

//

Stipulation to Dismiss
3:11-cv-00907-CRB

§ 2412, or any other provision of law, associated with the above-captioned matter. Each of the parties shall bear their own costs and fees.

DATED: August 1, 2011

    /s/
_____
JOHN E. RICCI, Attorney At Law
Law Office of Ricci & Sprouls
445 Washington Street
San Francisco, CA 94111
Tel: (415) 391-2100
Fax: (415) 391-4678
Email: johnricci@riccisprouls.com

Attorney for Petitioner

DATED: August 1, 2011

TONY WEST
Assistant Attorney General, Civil Division
United States Department of Justice

ELIZABETH J. STEVENS
Assistant Director, District Court Section
Civil Division, Office of Immigration Litigation

 /s/ Sherease Pratt
_____
SHEREASE PRATT[1]
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20530
Phone: (202) 616-0063
Facsimile: (202) 616-8962
Email: sherease.pratt@usdoj.gov

Attorneys for Respondents

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _August 2, 2011_        CHARLES R. BREYER



_____

[1] I, Sherease Pratt, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.